IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| JOHN MCCORMACK, | |
| Petitioner, | CIVIL ACTION NO.: 6:15-cv-83 |
| v. | |
| WARDEN ANTOINE CALDWELL, | |
| Respondent. | |

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 20), to which Petitioner John McCormack ("McCormack") has filed Objections, (doc. 21). Petitioner's Objections are merely a reiteration of the claims he originally set forth in his Petition, with the exception that he now claims he received his transcripts on January 17, 2015 instead of January 17, 2013. (Doc. 21, p. 1.) However, as cited to in the Report and Recommendation, McCormack's March 25, 2013, Application for Writ of Habeas Corpus clearly states, "I could not get my jury trial transcripts . . . of September 7, 2005 until January 17, 2013." (Doc. 20, p. 2 (citing Doc. 9-1, p. 5).) McCormack's Objections are without merit, and accordingly, the Court **GRANTS** Respondents' Motion to Dismiss. (Doc. 7.)

The Court **DISMISSES** McCormack's Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2254, and **DISMISSES** as moot McCormack's Motion for Leave of Court to Conduct Discovery, (doc. 16). Additionally, for the reasons set forth in the Magistrate Judge's Report and Recommendation, the Court **DENIES** McCormack leave to appeal *in forma pauperis*

and **DENIES** McCormack a Certificate of Appealability. The Clerk of Court is hereby authorized and directed to enter an appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 12th day of September, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

2