# United States District Court
## Southern District of Georgia

JOHN MCCORMACK.

Petitioner,

v.

WARDEN ANTOINE CALDWELL,

Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV615-083

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on September 12, 2016, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, the Respondent's motion to dismiss is GRANTED, the Petitioner's 2254 motion is DISMISSED, and this civil action stands CLOSED.

September 12, 2016
Date

Scott L. Poff
Clerk

(By) Deputy Clerk